UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40298
Lower Ct. No. 4:98-CV-113
_____

YRITYSPANKKI SKOP OY, formerly known as
Saastopankkien Kesus-Osake-Pankki; A/K/A SKOPBANK,

                              Plaintiff-Counter Defendant-Appellee,

                    versus

JAMES D. BORSCHOW,

                              Defendant-Counter Claimant-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Texas
Civil Docket # 98-CV-113
_____
February 4, 2000

Before REYNALDO G. GARZA, JONES, and EMILIO M. GARZA, Circuit
Judges.

PER CURIAM:[*]

        The judgment of the district court is <u>AFFIRMED</u>.  See 5th

Cir. R. 47.6.

_____

        [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.